**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-05311-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

ERNESTO HARO CHAVEZ,

Petitioner,

v.

WARDEN, MCCOOK DETENTION CENTER,
TODD W. BLANCHE, U.S. Attorney General,
MARKWAYNE MULLIN, Secretary of Homeland Security,
David J. VENTURELLA, Senior Official Performing the Duties of U.S. Immigration & Customs Enforcement,

Respondents.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES**

---

Petitioner, a detainee at an immigration detention facility in Aurora, Colorado, has filed a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241[1] (ECF No. 1).[2] As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the Petition is deficient as described in this order. Petitioner will be directed to cure the following if he wishes to pursue any habeas corpus claims in this action. Any papers that Petitioner files in response to this order must include the civil

[1] Petitioner initially filed the Petition in the District of Nebraska, but the case was transferred to District of Colorado because Petitioner is detained in Colorado. *See* 28 U.S.C. § 1631; *see generally* (ECF No. 19).
[2] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ____ is not submitted
(2) ____ is missing affidavit
(3) ____ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ____ is missing certificate showing current balance in prison account
(5) ____ is missing required financial information
(6) ____ is missing authorization to calculate and disburse filing fee payments
(7) ____ is missing an original signature by the prisoner
(8) ____ is not on proper form
(9) ____ names in caption do not match names in caption of complaint, petition or habeas application
(10) ____ other: ____________________.

**Complaint, Petition or Application**:

(11) ____ is not submitted
(12) _xx_ is not on proper form (must use District of Colorado form)
(13) ____ is missing an original signature by the prisoner
(14) ____ is missing page nos. _____
(15) ____ uses et al. instead of listing all parties in caption
(16) ____ names in caption do not match names in text
(17) ____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) _xx_ other: Petitioner must allege specific facts to support the habeas corpus claim(s) that he is asserting.

Petitioner should include all relevant information in his cured application, including: his citizenship, when and how he entered the U.S., the circumstances under which he was taken into custody (e.g., did Respondents have a warrant), how long he has been in custody, what specific legal process he has or has not been provided including any bond hearing, whether he is subject to a final removal order and if so when the order issued, whether he has previously been removed from the United States, and if so, the circumstances of such removal, and any facts to provide good reason to believe there is no significant likelihood of removal in the reasonably foreseeable future.

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Petitioner shall obtain the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the Clerk of Court update Petitioner's address as provided in ECF No. 12 and ECF No. 19, which reflect that Petitioner is detained at the Denver Contract Detention Facility, located at 3130 North Oakland Street, Aurora, Colorado.

DATED October 20, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge